```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| CERTAIN PLAINTIFFS | : | |
| | : | Transferor District Court |
| v. | : | Eastern District of |
| | : | Kentucky |
| CERTAIN DEFENDANTS | : | |

**O R D E R**

AND NOW, this **20th** day of **January, 2010**, it is hereby **ORDERED** that all defendants in the cases listed in Exhibit "A", attached, are dismissed without prejudice for lack of prosecution.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

<u>Exhibit "A"</u>

| Case Number | Plaintiff |
|---|---|
| 2:09-cv-79494-ER | |
| 2:09-cv-79501-ER | EULA OLDHAM |
| 2:09-cv-79517-ER | BELVA HOLBROOK |
| 2:09-cv-79519-ER | DAVID LYKINS |
| 2:09-cv-79519-ER | LORENE LYKINS |
| 2:09-cv-79520-ER | JAMES HARRIS |
| 2:09-cv-79520-ER | JOHEFINE HARRIS |
| 2:09-cv-79521-ER | JOHN GROVES |
| 2:09-cv-79521-ER | ESTELLA GROVES |
| 2:09-cv-79522-ER | DELMAINE GILLIAM |
| 2:09-cv-79523-ER | CARL EVERMAN |
| 2:09-cv-79524-ER | BERNICE BALL |
| 2:09-cv-79524-ER | BLAINE BALL |
| 2:09-cv-79525-ER | ERMA WRIGHT |
| 2:09-cv-79525-ER | CLAUDE WRIGHT |
| 2:09-cv-79526-ER | DENVER WHITE |
| 2:09-cv-79526-ER | ZOLA WHITE |
| 2:09-cv-79527-ER | LEROY STEVENS |
| 2:09-cv-79530-ER | BILLY SMITH |
| 2:09-cv-79531-ER | MACK MOCABEE |
| 2:09-cv-79531-ER | BRENDA MOCABEE |
| 2:09-cv-79532-ER | JAMES MCCALL |
| 2:09-cv-79533-ER | PAUL SNYDER |
| 2:09-cv-79533-ER | MICKEY SNYDER |
| 2:09-cv-79534-ER | GERALD JANSEN |
| 2:09-cv-79534-ER | BONNIE JANSEN |
| 2:09-cv-79535-ER | MARJORIE MCLANE |
| 2:09-cv-79536-ER | CLYDE CLARK |
| 2:09-cv-79536-ER | BETTY CLARK |
| 2:09-cv-79537-ER | JAMES CAREY |
| 2:09-cv-79538-ER | LARRY TURLEY |
| 2:09-cv-79538-ER | KATHY TURLEY |
| 2:09-cv-79539-ER | NORBERT GOETZ |
| 2:09-cv-79539-ER | INGEBORG GOETZ |
| 2:09-cv-79540-ER | RICHARD POTTINGER |
| 2:09-cv-79540-ER | INGRID POTTINGER |
| 2:09-cv-79541-ER | CLARENCE DICKMAN |
| 2:09-cv-79541-ER | LOUISE DICKMAN |
| 2:09-cv-79542-ER | CARROLL NELSON |
| 2:09-cv-79542-ER | CAROLYN NELSON |
| 2:09-cv-79543-ER | MARY AHRENS |
| 2:09-cv-79543-ER | JAMES AHRENS |
| 2:09-cv-79544-ER | WANDA WALKER |
| 2:09-cv-79547-ER | JAMES FOWLER |
| 2:09-cv-79547-ER | BRENDA FOWLER |
| 2:09-cv-79548-ER | CHARLES RALSTON |
| 2:09-cv-79548-ER | MARIETTA RALSTON |
| 2:09-cv-79553-ER | CAROL FECK |

| Case Number | Name |
|---|---|
| 2:09-cv-79572-ER | ESTA PHILLIPS |
| 2:09-cv-79576-ER | GLENDON WILSON |
| 2:09-cv-79576-ER | EDITH WILSON |
| 2:09-cv-79577-ER | JOE BOX |
| 2:09-cv-79577-ER | MAURINE BOX |
| 2:09-cv-79578-ER | BILLY BREWER |
| 2:09-cv-79578-ER | MARY BREWER |
| 2:09-cv-79579-ER | WALTER CONNELLEY |
| 2:09-cv-79580-ER | PEARL CORD |
| 2:09-cv-79580-ER | MARY CORD |
| 2:09-cv-79581-ER | JANE COUTURE |
| 2:09-cv-79581-ER | MARCEL COUTURE |
| 2:09-cv-79582-ER | DEBORAH SANDERS |
| 2:09-cv-79582-ER | WILLIAM SANDERS |
| 2:09-cv-79583-ER | CHARLOTTE SKIDMORE |
| 2:09-cv-79583-ER | WILLIAM SKIDMORE |
| 2:09-cv-79584-ER | CARL SPARKS |
| 2:09-cv-79584-ER | LOUISE SPARKS |
| 2:09-cv-79585-ER | WILLIAM WILSON |
| 2:09-cv-79585-ER | ALMA WILSON |
| 2:09-cv-79586-ER | ROBERT BALLARD |
| 2:09-cv-79587-ER | JAMES GAYHART |
| 2:09-cv-79588-ER | LINDA PATRICK |
| 2:09-cv-79588-ER | DANNY PATRICK |
| 2:09-cv-79589-ER | ELIZABETH PATRICK |
| 2:09-cv-79589-ER | JIMMY PATRICK |
| 2:09-cv-79590-ER | JAN SNEDEGAR |
| 2:09-cv-79590-ER | EARL SNEDEGAR |
| 2:09-cv-79591-ER | MAXINE CHAMBERS |
| 2:09-cv-79591-ER | HERMAN CHAMBERS |
| 2:09-cv-79592-ER | PAUL BELLAMY |
| 2:09-cv-79593-ER | HILDA CHANEY |
| 2:09-cv-79593-ER | CECIL CHANEY |
| 2:09-cv-79594-ER | ALGIN STAMPER |
| 2:09-cv-79595-ER | BETTY RAMSEY |
| 2:09-cv-79595-ER | BEN RAMSEY |
| 2:09-cv-79596-ER | JULE PHILPOT |
| 2:09-cv-79596-ER | DANA PHILPOT |
| 2:09-cv-79597-ER | FLOYD HERRON |
| 2:09-cv-79598-ER | GLADYS GEORGE |
| 2:09-cv-79598-ER | EVERETT GEORGE |
| 2:09-cv-79599-ER | CHARLES CLONTZ |
| 2:09-cv-79599-ER | YVONNE CLONTZ |
| 2:09-cv-79600-ER | ROY COLLIER |
| 2:09-cv-79600-ER | DONNA COLLIER |
| 2:09-cv-79601-ER | KEITH RAMSEY |
| 2:09-cv-79604-ER | DORIS TROXTELL |
| 2:09-cv-79604-ER | RUFUS TROXTELL |
| 2:09-cv-79609-ER | PHYLLIS CINNAMON |
| 2:09-cv-79609-ER | JOHN CINNAMON |
| 2:09-cv-79616-ER | LANGLEY OWSLEY |
| 2:09-cv-79616-ER | CASSIE OWSLEY |

| Case Number | Name |
|---|---|
| 2:09-cv-79617-ER | CALLIE STEPHENS |
| 2:09-cv-79617-ER | JUANITA STEPHENS |
| 2:09-cv-79618-ER | FRED MOORE |
| 2:09-cv-79619-ER | AVERY AKERS |
| 2:09-cv-79620-ER | CLAUDE HOWARD |
| 2:09-cv-79621-ER | PHYLLIS BOLEN |
| 2:09-cv-79621-ER | J.C. BOLEN |
| 2:09-cv-80104-ER | CHARELS RYE |
| 2:09-cv-80104-ER | MARCELLA RYE |
| 2:09-cv-80105-ER | JAMES ADCOCK |
| 2:09-cv-80106-ER | GARY ADCOCK |
| 2:09-cv-80107-ER | JAMES BAILEY |
| 2:09-cv-80108-ER | BUDDY BARNES |
| 2:09-cv-80108-ER | LILLIAN BARNES |
| 2:09-cv-80109-ER | KAY CRISWELL |
| 2:09-cv-80110-ER | DEBORAH CRISWELL |
| 2:09-cv-80111-ER | ROBERT DOZIER |
| 2:09-cv-80111-ER | EVERETT DOZIER |
| 2:09-cv-80112-ER | GLENDA DOZIER |
| 2:09-cv-80113-ER | JESSIE FLORA |
| 2:09-cv-80113-ER | EUGENE FLORA |
| 2:09-cv-80114-ER | JAMES KUEBLER |
| 2:09-cv-80114-ER | MARTHA KUEBLER |
| 2:09-cv-80115-ER | DAN LAIL |
| 2:09-cv-80115-ER | BEULAH LAIL |
| 2:09-cv-80116-ER | DARRELL LAWSON |
| 2:09-cv-80117-ER | BARBARA MASON |
| 2:09-cv-80117-ER | WAYLAND MASON |
| 2:09-cv-80118-ER | BRENDA NEWMAN |
| 2:09-cv-80118-ER | JOHNIE NEWMAN |
| 2:09-cv-80119-ER | BIRCH PATRICK |
| 2:09-cv-80119-ER | BUELL PATRICK |
| 2:09-cv-80120-ER | EULAH PATRICK |
| 2:09-cv-80121-ER | WILLIAM REED |
| 2:09-cv-80122-ER | OPHELIA VANHOOK |
| 2:09-cv-80122-ER | LOUIS VANHOOK |
| 2:09-cv-80123-ER | DAVID WATERS |
| 2:09-cv-80123-ER | BRENDA WATERS |
| 2:09-cv-80124-ER | WALTER WEAVER |
| 2:09-cv-80125-ER | RAY WEAVER |
| 2:09-cv-80126-ER | JAMES DUNN |
| 2:09-cv-80126-ER | LINDA DUNN |
| 2:09-cv-80127-ER | RONALD ELLIOTT |
| 2:09-cv-80127-ER | JEAN ELLIOTT |
| 2:09-cv-80128-ER | BOBBY FOSTER |
| 2:09-cv-80129-ER | GRACE HENRY |
| 2:09-cv-80130-ER | BARBARA RICHARD |
| 2:09-cv-80130-ER | JACQUES RICHARD |
| 2:09-cv-80131-ER | SHERMAN SNEDEGAR |
| 2:09-cv-80131-ER | FLORENCE SNEDEGAR |
| 2:09-cv-80132-ER | WANDA BAILEY |
| 2:09-cv-80132-ER | HOWARD BAILEY |

| Case Number | Name |
|---|---|
| 2:09-cv-80133-ER | RONALD BLANCHET |
| 2:09-cv-80133-ER | LOIS BLANCHET |
| 2:09-cv-80134-ER | MARGARET DECKER |
| 2:09-cv-80135-ER | THOMAS FULLER |
| 2:09-cv-80135-ER | ANN FULLER |
| 2:09-cv-80136-ER | CLARENCE LIGHTFOOT |
| 2:09-cv-80136-ER | CARLOUMAR LIGHTFOOT |
| 2:09-cv-80137-ER | NELLIE WHITE |
| 2:09-cv-80137-ER | JACKY WHITE |
| 2:09-cv-80138-ER | HENRY BELLOMY |
| 2:09-cv-80138-ER | SARAH BELLOMY |
| 2:09-cv-80139-ER | VICKI BELVINS |
| 2:09-cv-80139-ER | LARRY BELVINS |
| 2:09-cv-80140-ER | BARBARA BRYANT |
| 2:09-cv-80140-ER | DELMAR BRYANT |
| 2:09-cv-80141-ER | VIRGIL BULLION |
| 2:09-cv-80142-ER | JOHN COPLEY |
| 2:09-cv-80142-ER | HELEN COPLEY |
| 2:09-cv-80143-ER | LINDA CUMMINGS |
| 2:09-cv-80143-ER | ALFRED CUMMINGS |
| 2:09-cv-80144-ER | AMOS HANEY |
| 2:09-cv-80144-ER | EVA HANEY |
| 2:09-cv-80145-ER | ALONZO HAYES |
| 2:09-cv-80145-ER | OPAL HAYES |
| 2:09-cv-80146-ER | EDDIE HICKS |
| 2:09-cv-80146-ER | MARGARET HICKS |
| 2:09-cv-80147-ER | SAM MAYNARD |
| 2:09-cv-80148-ER | WAYMAN PORTER |
| 2:09-cv-80148-ER | MARY PORTER |
| 2:09-cv-80149-ER | JESSE ROARK |
| 2:09-cv-80149-ER | POLLY ROARK |
| 2:09-cv-80150-ER | JEAN SMITH |
| 2:09-cv-80150-ER | GEORGE SMITH |
| 2:09-cv-80151-ER | BILLY CLOYD |
| 2:09-cv-80151-ER | MARY CLOYD |
| 2:09-cv-80152-ER | EMMA ATKINS |
| 2:09-cv-80152-ER | JOHN ATKINS |
| 2:09-cv-80153-ER | EMERY FISHER |
| 2:09-cv-80153-ER | LOLA FISHER |
| 2:09-cv-80154-ER | CHARLES HAINES |
| 2:09-cv-80155-ER | HUBERT JENKINS |
| 2:09-cv-80155-ER | REVA JENKINS |
| 2:09-cv-80156-ER | DONALD JOHNSON |
| 2:09-cv-80156-ER | REVA JOHNSON |
| 2:09-cv-80157-ER | LANA LEMAY |
| 2:09-cv-80157-ER | ONEAL LEMAY |
| 2:09-cv-80158-ER | MARGIE OWENS |
| 2:09-cv-80158-ER | WALTER OWENS |
| 2:09-cv-80159-ER | WANDA STACY |
| 2:09-cv-80159-ER | JERRY STACY |
| 2:09-cv-80160-ER | RAY TYRA |
| 2:09-cv-80161-ER | FRED ALTES |

| | |
|---|---|
| 2:09-cv-80161-ER | VIRGINIA ALTES |
| 2:09-cv-80162-ER | DOROTHEA BLOCKER |
| 2:09-cv-80162-ER | ROBERT BLOCKER |
| 2:09-cv-80163-ER | DAVID BRADLEY |
| 2:09-cv-80163-ER | JANICE BRADLEY |
| 2:09-cv-80164-ER | EVA BUECHELE |
| 2:09-cv-80164-ER | WALTER BUECHELE |
| 2:09-cv-80165-ER | CHARLES CALLAHAN |
| 2:09-cv-80166-ER | NAOMIA CALLAHAN |
| 2:09-cv-80166-ER | JOHN CALLAHAN |
| 2:09-cv-80167-ER | J.C. DADISMAN |
| 2:09-cv-80168-ER | GEORGE DOERING |
| 2:09-cv-80168-ER | EDNA DOERING |
| 2:09-cv-80169-ER | RITA FINCK |
| 2:09-cv-80169-ER | WILLIAM FINCK |
| 2:09-cv-80170-ER | WENDELL FORREST |
| 2:09-cv-80170-ER | MATTIE FORREST |
| 2:09-cv-80171-ER | LEON HANDY |
| 2:09-cv-80172-ER | ROBERT HILLARD |
| 2:09-cv-80172-ER | JUANITA HILLARD |
| 2:09-cv-80173-ER | DOUGLAS LEWIS |
| 2:09-cv-80173-ER | KRISTINA LEWIS |
| 2:09-cv-80174-ER | WANDA LEWIS |
| 2:09-cv-80174-ER | KENNETH LEWIS |
| 2:09-cv-80175-ER | REEDER MCDONALD |
| 2:09-cv-80175-ER | DORIS MCDONALD |
| 2:09-cv-80176-ER | JAMES MELTON |
| 2:09-cv-80176-ER | MARY MELTON |
| 2:09-cv-80177-ER | BETTY MUELLER |
| 2:09-cv-80177-ER | JAMES MUELLER |
| 2:09-cv-80178-ER | NINA ROSS |
| 2:09-cv-80178-ER | ROBERT ROSS |
| 2:09-cv-80179-ER | ROBERT RUSCH |
| 2:09-cv-80179-ER | MYRTLE RUSCH |
| 2:09-cv-80180-ER | DOROTHY SCHOTT |
| 2:09-cv-80180-ER | WALTER SCHOTT |
| 2:09-cv-80181-ER | VIOLET SINCLAIR |
| 2:09-cv-80181-ER | JEROME SINCLAIR |
| 2:09-cv-80182-ER | JAMES SPAULDING |
| 2:09-cv-80182-ER | ALICE SPAULDING |
| 2:09-cv-80183-ER | NOVELLA STEWART |
| 2:09-cv-80183-ER | ELMER STEWART |
| 2:09-cv-80184-ER | JOHN WILLIAMS |
| 2:09-cv-80184-ER | BARBARA WILLIAMS |
| 2:09-cv-80185-ER | MARGARET WRIGHT |
| 2:09-cv-80185-ER | KENNETH WRIGHT |
| 2:09-cv-80186-ER | ROBERT YOUNG |
| 2:09-cv-80186-ER | WILMA YOUNG |
| 2:09-cv-80187-ER | BILLY BUTLER |
| 2:09-cv-80187-ER | REGINA BUTLER |
| 2:09-cv-80188-ER | WILLIE MYERS |
| 2:09-cv-80188-ER | CLARENCE MYERS |

| Case Number | Name |
| --- | --- |
| 2:09-cv-80189-ER | LAWRENCE DOSSEY |
| 2:09-cv-80189-ER | MILDRED DOSSEY |
| 2:09-cv-80190-ER | TERRY LINDSAY |
| 2:09-cv-80191-ER | BARBARA WALDROP |
| 2:09-cv-80191-ER | DAVID WALDROP |
| 2:09-cv-80192-ER | JOHN BLACKBURN |
| 2:09-cv-80193-ER | HELEN BRANHAM |
| 2:09-cv-80193-ER | BILLY BRANHAM |
| 2:09-cv-80194-ER | VICTOR BREWER |
| 2:09-cv-80194-ER | HELEN BREWER |
| 2:09-cv-80195-ER | LOUIE CLARK |
| 2:09-cv-80196-ER | BETTY FRAME |
| 2:09-cv-80196-ER | C. FRAME |
| 2:09-cv-80197-ER | PERLINA FRY |
| 2:09-cv-80197-ER | JAMES FRY |
| 2:09-cv-80198-ER | DELMAR GILLIAM |
| 2:09-cv-80198-ER | DELORIS GILLIAM |
| 2:09-cv-80199-ER | MARY KIRK |
| 2:09-cv-80199-ER | MARVIN KIRK |
| 2:09-cv-80200-ER | RUBIE LITTERAL |
| 2:09-cv-80200-ER | THOMAS LITTERAL |
| 2:09-cv-80201-ER | WILMA MONTGOMERY |
| 2:09-cv-80201-ER | MARVIN MONTGOMERY |
| 2:09-cv-80202-ER | AGNES PENNINGTON |
| 2:09-cv-80202-ER | LAFIR PENNINGTON |
| 2:09-cv-80203-ER | MORRIS PRICE |
| 2:09-cv-80203-ER | JOYCE PRICE |
| 2:09-cv-80204-ER | GEORGE WARD |
| 2:09-cv-80204-ER | LAVINA WARD |
| 2:09-cv-80205-ER | NANCY RICE |
| 2:09-cv-80205-ER | TRAVIS RICE |
| 2:09-cv-80206-ER | IVA COOPER |
| 2:09-cv-80206-ER | CARL COOPER |
| 2:09-cv-80207-ER | PEGGY LAYSON |
| 2:09-cv-80207-ER | WILLIAM LAYSON |
| 2:09-cv-80208-ER | BETTY BROWN |
| 2:09-cv-80208-ER | JAMES BROWN |
| 2:09-cv-80209-ER | MARY FISHER |
| 2:09-cv-80209-ER | HOWARD FISHER |
| 2:09-cv-80210-ER | LAVERNE FRALEY |
| 2:09-cv-80210-ER | GLEN FRALEY |
| 2:09-cv-80211-ER | SHANNON LYON |
| 2:09-cv-80211-ER | RALPH LYON |
| 2:09-cv-80212-ER | JOSEPH RALEY |
| 2:09-cv-80212-ER | DORA RALEY |
| 2:09-cv-80213-ER | JAMES BAGGETT |
| 2:09-cv-80213-ER | JEANNIE BAGGETT |
| 2:09-cv-80214-ER | ETHEL BROWN |
| 2:09-cv-80214-ER | BILLY BROWN |
| 2:09-cv-80215-ER | SHIRLEY NANCE |
| 2:09-cv-80215-ER | GARY NANCE |
| 2:09-cv-80216-ER | KATHERINE NEWCOM |

| | |
|---|---|
| 2:09-cv-80216-ER | JOHN NEWCOM |
| 2:09-cv-80217-ER | JERLENE LOFTON |
| 2:09-cv-80217-ER | ROGER LOFTON |
| 2:09-cv-80218-ER | CARL CLARK |
| 2:09-cv-80218-ER | IVORY CLARK |
| 2:09-cv-80219-ER | PAUL STEELE |
| 2:09-cv-80220-ER | GLENN PRATER |
| 2:09-cv-80220-ER | ANITA PRATER |
| 2:09-cv-80221-ER | JUDY ALLEN |
| 2:09-cv-80221-ER | STANLEY ALLEN |
| 2:09-cv-80222-ER | DOLARES ROBINSON |
| 2:09-cv-80222-ER | JAMES ROBINSON |